**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
March 4, 2009

No. 08-50807
Summary Calendar

Charles R. Fulbruge III
Clerk

BLANCA G RUSKIEWICZ

Plaintiff - Appellant

v.

SECRETARY OF DEFENSE ROBERT M GATES

Defendant - Appellee

Appeal from the United States District Court
for the Western District of Texas, Waco
USDC No. 6:06-CV-348

Before REAVLEY, WIENER, and PRADO, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for this reason: Although the plaintiff may have experienced some tension with other employees, and may even believe that people in the management held improper motives in their treatment of her, she presents no evidence that the general manager took an adverse employment action against her for an illegal reason.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.